UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

AVIANCA HOLDINGS S.A., *et al.,*

                Debtors.
-------------------------------------------------------X

Docket No.: 20-11133(MG)

Chapter 11

(Jointly Administered)

### Notice Of Appearance Under Bankruptcy Rule 9010(a) and (b) with Request for Copies of All Orders, Notices and Pleadings Pursuant To Bankruptcy Rule 2002

**PLEASE TAKE NOTICE** that LIBERTY SEGUROS S.A. hereby appears by its attorneys, CHIESA SHAHINIAN & GIANTOMASI PC, in the above-captioned matter and all jointly administered matters, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and, pursuant to Rule 2002(a), (b), and (f), requests that it receive copies of all notices, pleadings, motions, orders, orders to show cause, applications, requests, proposed orders and conformed copies of orders filed and all other matters arising herein and documents filed herein.

**PLEASE TAKE FURTHER NOTICE** that all notices may be served upon the undersigned via electronic means to afriedman@csglaw.com and all papers may be deemed served upon the undersigned upon electronic filing where the filing receipt indicated that electronic notice was sent to the e-mail address stated above.

Dated: May 21, 2020

                                          **CHIESA SHAHINIAN & GIANTOMASI PC**
                                          Attorneys for *Liberty Seguros S.A.*

                                         By:   */s Adam P. Friedman*
                                                   Adam P. Friedman

                                          11 Times Square, 31st Floor
                                          New York, New York 10036
                                          (212) 973-0572
                                          afriedman@csglaw.com

## **CERTIFICATE OF SERVICE**

**ADAM P. FRIEDMAN,** a resident of the United States, certifies as follows:

On May 21, 2020, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF filing system, causing it to be served by the CM/ECF system upon all counsel of record who have filed a Notice of Appearance in this case.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2020.

                                                                      */s Adam P. Friedman*
                                                                         Adam P. Friedman

**CHIESA SHAHINIAN & GIANTOMASI PC** • 11 Times Square, 31st Floor • New York, New York 10036 • (212) 973-0572