**VEDDER PRICE P.C.**
Michael J. Edelman
Jeremiah J. Vandermark
1633 Broadway, 31st Floor
New York, New York 10019
Telephone:  (212) 407-7700
E-mail:  MJEdelman@VedderPrice.com
             JVandermark@VedderPrice.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                                    :    Chapter 11
                                                                              :
AVIANCA HOLDINGS S.A., *et al.*,[1]              :    Case No. 20-11133 (MG)
                                                                              :
               Debtors.                                           :    (Jointly Administered)
                                                                              :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Vedder Price P.C. ("***Vedder Price***") hereby enters its appearance as counsel for KEB Hana Bank, Tokyo Branch ("***KEB Hana Bank***") in the above referenced chapter 11 cases pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

---

[1] The Debtors in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows:  Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59-2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A. (N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A).  The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

PLEASE TAKE FURTHER NOTICE that KEB Hana Bank hereby appears in the above-captioned jointly administered cases by its counsel, Vedder Price, and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases, be given and served upon them at each of the following addresses, telecopies, e-mails and telephone numbers:

**VEDDER PRICE P.C.**
1633 Broadway, 31st Floor
New York, New York 10019
Attention:    Michael J. Edelman
              Jeremiah J. Vandermark
Telephone:    (212) 407-7700
Facsimile:    (212) 407-7799
E-mail:       MJEdelman@VedderPrice.com
              JVandermark@VedderPrice.com

*and*

**VEDDER PRICE P.C.**
222 N. LaSalle St., Ste. 2600
Chicago, Illinois 60601
Attention:    Douglas J. Lipke
              David L. Kane
Telephone:    (312) 609-7500
Facsimile:    (312) 609-5005
E-mail:       DLipke@VedderPrice.com
              DKane@VedderPrice.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether

transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that demand is also made that the above-referenced attorneys be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) KEB Hana Bank's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) KEB Hana Bank's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) KEB Hana Bank's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which KEB Hana Bank is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: New York, New York<br>June 2, 2020 | **VEDDER PRICE P.C.**<br><br>By: /s/ Michael J. Edelman<br>Michael J. Edelman<br>Jeremiah J. Vandermark<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Telephone: (212) 407-7700<br>Facsimile: (212) 407-7799<br>E-Mail: MJEdelman@VedderPrice.com<br>JVandermark@VedderPrice.com<br><br>*Counsel for KEB Hana Bank, Tokyo Branch* |

-4-