**BARNES & THORNBURG LLP**
Attorneys for **DASI LLC**
Paula K. Jacobi
Paul Olszwoka
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 214-4866
       and
445 Park Avenue, Suite 700
New York, NY 10022-8634
(646) 746-2000
pjacobi@btlaw.com
polszwoka@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re: Chapter 11                           :
                                            : Case No. 20-11133 (MG)
AVIANCA HOLDINGS S.A., et al.,              :
                                            : (Jointly Administered)
Debtors.                                    :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the captioned Chapter 11 cases, pursuant to pursuant to Section 1109(b) of the Bankruptcy Code ("Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), as counsel for DASI LLC, a Delaware limited liability company. ("DASI").

_____

The Debtors in these chapter 11 cases are as follows: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp; America Central Corp; AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC); Avianca, Inc.; Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc.; Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC; Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S.; Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A. (N/A); Tampa Cargo S.A.S. N/A); Technical and Training Services, S.A. de C.V. (N/A).

PLEASE TAKE FURTHER NOTICE that DASI, LLC hereby appears in the captioned, jointly administered cases by its counsel, Barnes & Thornburg LLP Price, and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Rules and Sections 102(1), 342 and 1109(b) of the Code, that copies of all notices and pleadings given or filed in these cases, be given and served upon them at each of the following addresses, telecopies, e-mails and telephone numbers:

Paula K. Jacobi
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Tel. No. (312) 214-4866
Fax No. (312) 759-5646
pjacobi@btlaw.com

Paul Olszwoka
BARNES & THORNBURG LLP
445 Park Avenue, Suite 700
New York, NY 10022-8634
Tel. No. (646) 746-2000
Fax. No. F (646) 746-2001
polszwoka@btlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, notices and papers referred to in the Code and the Rules, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

.

PLEASE TAKE FURTHER NOTICE that demand is also made that the above attorneys be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) DASI's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) DASI's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) DASI's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which DASI is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 3, 2020                                BARNES & THORNBURG LLP
                                                   Attorneys for DASI LLC,

                                                   By:    /s/*Paula K. Jacobi*
                                                          Paula K. Jacobi
                                                          Paul Olszwoka
                                                          445 Park Avenue, Suite 700
                                                          New York, NY 10022-8634
                                                          Tel. No. (646) 746-2000
                                                          Fax. No. (646) 746-2001