**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re:                                                       :       Chapter 11
                                                             :
Avianca Holdings S.A., *et al.*,[1]                          :       Case No. 20-11133 (MG)
                                                             :
                              Debtors.                       :       (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### THIRD SUPPLEMENTAL DECLARATION OF SAMUEL AGUIRRE IN SUPPORT OF THE APPLICATION OF DEBTORS FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE DEBTORS *NUNC PRO TUNC* TO PETITION DATE

I, Samuel Aguirre, make this declaration pursuant to 28 U.S.C. § 1746 and state as follows:

1.      I am a Senior Managing Director at FTI Consulting, Inc. ("FTI"), a financial advisory services firm with numerous offices throughout the United States.

2.      I am duly authorized to make this third supplemental declaration (the "Third Supplemental Declaration") on behalf of FTI and submit this Third Supplemental Declaration to supplement the disclosures contained in my Initial Declaration, dated May 28, 2020 (the "Initial

---

[1]     The Debtors in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59-2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A. (N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A); AV Loyalty Bermuda Ltd. (N/A); Aviacorp Enterprises S.A. (N/A).  The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

Declaration"), my first supplemental declaration, dated September 23, 2020 [Docket No. 973] (the

"First Supplemental Declaration"), and my second supplemental declaration, dated January 21,

2021 [Docket No. 1348] (the "Second Supplemental Declaration,") and together with the First

Supplemental Declaration and the Initial Declaration, the "Prior Declarations") in support of the

*Debtors' Application for Entry of Order Authorizing Employment and Retention of FTI*

*Consulting, Inc. as Financial Advisor to Debtors and Debtors In Possession Nunc Pro Tunc to*

*The Petition Date* [Docket No. 175] (the "Application"), pursuant to section 327(a) of the

Bankruptcy Code, rules 2014(a) and 2016, of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Southern

District of New York (the "Local Bankruptcy Rules"), for authority to retain and employ FTI, as

financial advisors to the Debtors, *nunc pro tunc* to May 10, 2020.  On June 9, 2020, the Court

entered its order approving FTI's retention [Docket No. 254].  Unless otherwise stated in this Third

Supplemental Declaration, I have personal knowledge of the facts set forth herein.[2]

3.    Subsequent to the filing of the Prior Declarations, the Debtors and their advisors

updated the Debtors' parties in interest list to add certain other parties in interest.  In accordance

with the procedures described in the Application and Prior Declarations, FTI has reviewed such

updated parties in interest list and conducted additional searches within its records so as to include

additional parties that have become involved in the Debtors' chapter 11 cases as well as other

parties-in-interest.    These additional parties, along with all other parties for which FTI has

conducted searches of its client relationships, are identified on **Schedule 1**.[3]  Based on such

---

[2]    Certain disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are
based on information provided by them.

[3]    Certain DIP Lenders or their affiliates have requested that their names not be disclosed. FTI has searched its
electronic database for their names and found no connections to the confidential DIP Lenders. The Debtors have
provided the Court, the U.S. Trustee, and the Committee with the names of the confidential DIP Lenders.

additional searches, FTI makes the supplemental disclosures attached as **Schedule 2** hereto.  To the best of my knowledge, information, and belief, neither FTI nor any of its professional personnel have any relationship with the Debtors that would impair FTI's ability to perform services for the Debtors.

4.     Except as otherwise noted in this Third Supplemental Declaration and the Prior Declarations, to the best of my knowledge, information, and belief, FTI (a) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason, and (b) does not hold or represent an interest adverse to the estate.

5.     FTI will continue to periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, FTI will use reasonable efforts to identify such further developments and will promptly file a further supplemental declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 13, 2021

FTI CONSULTING, INC.

By:     /s/ Samuel Aguirre
Name:   Samuel Aguirre
Title:    Senior Managing Director

## <u>Schedule 1</u>

**Potential Parties In Interest**

## Debtors

Aero Transporte de Carga Unión, S.A. de C.V.
Aeroinversiones de Honduras, S.A.
Aerovías del Continente Americano S.A. Avianca
Airlease Holdings One Ltd.
America Central (Canada) Corp.
America Central Corp.
AV International Holdco S.A.
AV International Holdings S.A.
AV International Investments S.A.
AV International Ventures S.A.
AV Investments One Colombia S.A.S.
AV Investments Two Colombia S.A.S.
AV Loyalty Bermuda Ltd.
AV Taca International Holdco S.A.
Aviacorp Enterprises S.A.
Avianca Costa Rica S.A.
Avianca Holdings S.A.
Avianca Leasing, LLC
Avianca, Inc.
Avianca-Ecuador S.A.
Aviaservicios, S.A.
Aviateca, S.A.
Avifreight Holding Mexico, S.A.P.I. de C.V.
C.R. Int'l Enterprises, Inc.
Grupo Taca Holdings Limited
International Trade Marks Agency Inc.
Inversiones del Caribe, S.A.
Isleña de Inversiones, S.A. de C.V.
Latin Airways Corp.
Latin Logistics, LLC
Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.)
Regional Express Américas S.A.S.
Ronair N.V.
Servicio Terrestre, Aereo y Rampa S.A.
Servicios Aeroportuarios Integrados SAI S.A.S.
Taca de Honduras, S.A. de C.V.
Taca de México, S.A.
Taca International Airlines S.A.
Taca S.A.
Tampa Cargo S.A.S.
Technical and Training Services, S.A. de C.V.

**Non-Debtors**

A.C.S. Air Cargo, Inc. (EEUU – FL)
Aerospace Investments Limited (Bahamas)
Air Galapagos, LLC (EEUU – FL)
Airlease Eighteen Limited (Bahamas)
Airlease Eleven Limited (Bahamas)
Airlease Fifteen Limited (Bahamas)
Airlease Fourteen Limited (Bahamas)
Airlease Nineteen Limited (Bahamas)
Airlease One Limited (Bahamas)
Airlease Seventeen Limited (Bahamas)
Airlease Sixteen Limited (Bahamas)
Airlease Thirteen Limited (Bahamas)
Airlease Thirty Limited (Bahamas)
Airlease Thirty One Limited (Bahamas)
Airlease Twelve Limited (Bahamas)
Airlease Twenty Eight Limited (Bahamas)
Airlease Twenty Five Limited (Bahamas)
Airlease Twenty Four Limited (Bahamas)
Airlease Twenty Limited (Bahamas)
Airlease Twenty Nine Limited (Bahamas)
Airlease Twenty One Limited (Bahamas)
Airlease Twenty Seven Limited (Bahamas)
Airlease Twenty Six Limited (Bahamas)
Airlease Twenty Three Limited (Bahamas)
Airlease Twenty Two Limited (Bahamas)
Airlease Two Limited (Bahamas)
Amerícan Vacations S.A.S. (Colombia)
Atlantic Aircraft Holding Ltd. (Bahamas)
Atlantic Aircraft Holding Two Ltd (Bahamas)
AVA Leasing I, LLC (EEUU – DE)
Aviation Leasing Services (ALS) Investments S.A. (Panama)
AVLog do Brasil Representações Ltda. (Brazil)
Éxito Viajes y Turismo S.A.S. (Colombia)
FM Aviation Inc. (Bahamas)
Ground Handling Air Services Nicaragua, S.A. (Nicaragua)
Grupo Taca de Chile S.A. (Chile)
Grupo Taca de Panama, S.A. (Panama)
Grupo Taca del Peru S.A.C. (Peru)
Grupo Taca S.A. (Costa Rica)
Inmobiliaria Gama Tres, S.A. (Costa Rica)
Intercontinental Equipment Corporation Limited (Bahamas)
Inversiones Aereas Inca S.A.C. (Perú)
Inversiones Kigali S.A.C. (Perú)
Latin Logistics Colombia S.A.S. (Colombia)
LifeMiles Fidelidade Ltda. (Brazil)

LifeMiles Ltd. (Bermuda)
LifeMiles Trading Co. Costa Rica, S.R.L. (Costa Rica)
LifeMiles Trading Co International Ltd. (Bermuda)
LifeMiles US Finance LLC (Delaware)
Little Plane Limited (Bahamas)
Loyalty Co, S.A. de C.V. (El Salvador)
Octo-Aircraft Leasing LLC (Delaware)
Overseas Aviation Technical Investments Ltd. (Panama)
Pilotos de Taca, S.A. de C.V. (El Salvador)
Pitasa, S.A. (Guatemala)
Servicios Aeronáuticos Pilotcrew-CR S.A. (Costa Rica)
Southern Equipment Corporation Ltd (Bahamas)
Taca Costa Rica S.A. (Costa Rica)
Tampa Cargo Logistics, Inc. (EEUU-FL)
Tri-Aircraft Leasing LLC (Delaware)
Tri-Aircraft Leasing II LLC (Delaware)
Turbo Aviation Three S.A. (Panama)
Uni-Aircraft Leasing LLC (Delaware)
Vu-Marsat S.A. (Costa Rica)

## Debtors' Other Names

SK Holding Ltd
Líneas Aéreas Costarriceses S.A.
AviacaTaca Ltd
Trans American Airlines S.A.
AviancaTaca Holding S.A.
Aerolíneas Galápagos S.A. (AEROGAL)

## Current/Former Directors and Officers

Adrian Neuhauser
Andrea Carolina Jara Amezaga
Alonso Arturo Haro Escobosa
Alvaro Jaramillo
Anco David Van Der Werff
Kenneth Hoffman
Orlando Menendez
Carlos Eduardo Torres Salamanca
Carolina Escobar
Christian Vesga Toloza
Jose Ciro Montoya
Claudia Maria Rodriguez
Daniel Fajardo
David Francisco Aleman Andrade
Diana Amaya
Diana Calixto Hernandez

Diana Marcela Rivas
Eduardo Mendoza
Edwin Novoa Duarte
Erika Alejandra Hundskopf Mercado
Fabio Villegas
Fernando Krieste
Francisco S. Aquino
Gina Fonseca
Griselda Carolina Rodriguez Quintana
Gustavo Cadavid
Jose Antonio Gomez
Jairo Burgo de la Espriella
James Leshaw
Jose Ofilio Gurdian
Jose Luis Quiro Cuevas
Juan Mauricio Wurmser
Julian Laverde
Kurt Schonsinsky Echeverria
Luis Lauro del Bosque Gomez
Luis Montes de Oca Chaverri
Luisa Fernanda Lafaurie
Maria Paula Barrios Azcona
Mario Cruz
Mario Garcia Rodriguez
Marlon Amador
Michael Swiastek
Mauricio Armando Olaya Nohra
WND Limited
WNS Limited
Nissim Jabiles Parnes
Octavio Bravo
Oscar Dario Morales
Patricia Alexandra Chiriboga
Patricia Carolina Gomez
Maria Paula Duque
Rafael Alonso
Renato Covelo
Reyna Lucia Mejia Matute
Richard Galindo
Richard Schifter
Roberto Kriete
Curacao Corporation Company
Roberto Zamora
Rodrigo Salcedo
Rolando Damas
Ruben Atehortua Sandoval

Santiago Diago
Sergio Michelsen
Silvia Mosquera
Susana Jeannette Argueta de Leiva
Veronica Patricia Feria Montes de Oca
Viviana Martin Salazar
Aissa Carolina Paredes Leon
Alexander Biasler
Alvaro Jaramillo
Ana Monica Avavitarte Ruiz de Somocurcio
Andres Orlando Osorio Barrera
Arnulfo Antonia Avelar Velado
Brenda Frohlich
Daniel Fernando Piza Malagon
Daniel Piza Malagon
Danilo Correa Sepulveda
Dario Montes Belot
Diana Claxlito
Eduardo Asmar
Eduardo Klepacz
Elisa Esther Murgas de Moreno
Estuardo Jose Ortiz Porras
Estuardo Ortiz
Fabio Villegas Ramirez
Federico Carreno Guio
Francisco Antonio Pertierra Perez
Gabriel Silva
Gerardo Grajales
Gerardo Urley Grajales Lopez
German Efromovich
Gloria Irene Loza Murrugarra
Graciela de los Milagros Garrues Aramburu
Hernan Rincon
Isaac Yanovich
Ivan Andres Galindo Hernandez
Jorge Adrian Solares
Jose Efromovich
Juan Emilio Posada
Juan Guillermo Serna
Juliana Cardona Campuzano
Julio Alejandro Gamero Alfaro
Luis Fernando Rizzo Alvarado
Maria Claudia Correa
Maria Clemencia Sierra
Maria Dolores Espinoza
Martha Elena Garcia Gonzales

Milton Solano Barahona
Monica Aparicio Smith
Ramiro Valencia
Raul Andres Olivero
Raul Campos
Roberto Held
Rosa Stella Patino Galindo
Santiago Diago
Victor Enrique Mejia Rivas

## S.D.N.Y Bankruptcy Judges (including visiting Judges)

Bernstein, Stuart M.
Chapman, Shelley C.
Drain, Robert D.
Garrity, James L.
Glenn, Martin
Grossman, Robert E.
Lane, Sean H.
Morris, Cecelia G., Chief Judge
Wiles, Michael E.

## S.D.N.Y District Judges (including visiting Judges)

Abrams, Ronnie
Batts, Deborah A.
Berman, Richard M.
Briccetti, Vincent L.
Broderick, Vernon S.
Buchwald, Naomi Reice
Caproni, Valerie E.
Carter, Andrew L.
Castel, P. Kevin
Cote, Denise L.
Crotty, Paul A.
Daniels, George B.
Engelmayer, Paul A.
Failla, Katherine Polk
Furman, Jesse M.
Gardephe, Paul G.
Haight, Charles S.
Hellerstein, Alvin K.
Kaplan, Lewis A.
Karas, Kenneth M.
Keenan, John F.
Koetl, John G.
Liman, Lewis J

Marrero, Victor
McMahon, Colleen
McMahon, Colleen, Chief U.S. District Judge
Nathan, Alison J.
Oetken, J. Paul
Pauley, William H.
Preska, Loretta A.
Rakoff, Jed S.
Ramos, Edgardo
Roman, Nelson S.
Schofield, Lorna G.
Seibel, Cathy
Stanton, Louis L.
Stein, Sidney H.
Sullivan, Richard J.
Swain, Laura Taylor
Torres, Analisa
Vyskocil, Mary Kay

### S.D.N.Y. District Magistrate Judges (including visiting Judges)

Aaron, Stewart D.
Cave, Sarah L
Cott, James L.
Davison, Paul E.
Fox, Kevin N.
Freeman, Debra
Goldberg, Martin R.
Gorenstein, Gabriel W.
Lehrburger, Robert W.
McCarthy, Judith C
Moses Barbara
Netburn, Sarah
Parker, Katherine H.
Smith, Lisa Margareth
Wang, Ona T.

### Clerks of the Court

Ruby J. Krajick (Clerk of the District Court)
Vito Genna (Clerk of the Bankruptcy Court)

### Office of U.S. Trustee, Region 2

Abriano, Victor
Arbeit, Susan
Catapano, Maria

Choy, Danny A.
Harrington, William K
Higgins, Benjamin J.
Joseph, Nadkarni
Masumoto, Brian S.
Mendoza, Ercilia A.
Moroney, Mary V.
Morrissey, Richard C.
Nakano, Serene
Ng, Cheuk M.
Ogunleye, Alaba
Riffkin, Linda A.
Rodriquez, Ilusion
Schwartz, Andrea B.
Schwartzberg, Paul K.
Scott, Shannon
Sharp, Sylvester
Velez-Rivera, Andy
Vescovacci, Madeline
Zipes, Greg M.

### **Banks, Lenders, Agents and Trustees**

1st United Bank/ IBM
AB Svenks Exportkredit
Abierta Helm Valor
Alianza Valores S.A.
Apple Bank
Aruba Bank N.V.
Asesores en Valores S.A.
BAC Honduras
Banamex
Banco Agricola
Banco BHD Leon
Banco Central de Uruguay
Banco Colpatria Red Multibanca Colpatria S.A.
Banco Credito Agricola de Cartago
Banco Cuscatlán
Banco Davivienda, S.A.
Banco de America Central
Banco de America Central S.A.
Banco de Bogota
Banco de Bogota New York Agency
Banco de Chile
Banco de Costa Rica
Banco de Credito de Bolivia
Banco de Credito Del Peru

Banco de Credito del Peru, Miami Agency
Banco de Guayaquil
Banco de la Nacion Argentina
Banco de la Nacion del Peru
Banco de la Republica Oriental
Banco de Occidenta
Banco de Occidente S.A.
Banco de Venezuala
Banco del Pacifico
Banco Edwards
Banco Financiero Internacional
Banco Itau
Banco Lafise Bancentro
Banco Maduros
Banco Mercantil
Banco Mercantil Santa Cruz
Banco Nacional de Costa Rica
Banco Pichincha
Banco Popular
Banco Rio re la Plata
Banco Santander
Bancoldex
Bancolombia S.A.
Bancolombia, S.A.
Bank of America
Bankia
BankUnited NA
Banrural
Barclays Bank Plc
Bayerische Landesbank
BBVA
Belice Bank
BNP Paribas
Btg Pactual Colombia S.A.
Canadian Imperial Bank
Cartera Colectiva Abierta Helm Valor Itau Asset Management
Casa de Bolsa S.A.
Citco Banking Corporation
Citibank
Citibank N.A. USA
Colpatria
Coomeva
Corpbanca
Credi Corp Capital Correval
Credit Agricole Corporate
Davivenda

Dekabank Deutsche Girozentrale
Deutsche Bank
Deutsche Bank New York
Development Bank Of Japan Inc.
DVB Bank
Fidubogota S.A.
Fiduciaria Bogota S.A.
Fiduciaria Corficolombiana S.A.
Fiduciaria Davivienda S.A. Corredores
Fiduciaria de Occidente S.A. Occirenta
First Citizens Bank Limited U.S.
First United
Fonda de Inversion Colectiva Abierto
Goldman Sachs
Gramercy Blue Skies LLC
Grupo Aval
Helm Comisionista de Bolsa S.A.
HSBC Bank
IBM Capital de Colombia S.A.S.
IBM Capital Peru S.A.C.
Inmarsat Global Limited
Interrbank
Itau
JP Morgan
La Caixa
Lafise
Leasing Bancoldex S.A.
Maduro & Curiel's Bank
Mercantil Santa Cruz
Metrobank SA
Moneda Deuda Latinoamericana Fondo De Inversión
Moneda Latinoamerica Deuda Local Fondo De Inversión
Morgan Stanley
NordLB
NY Life Insurance Company
Occidental Bank
PBB
Prival Bank, SA
Produbanco
Servitebca Peru
Siemens Financial Services, Inc.
Skandia Sociedad Fiduciaria S.A.
Sumitomo Mitsui Banking Corporation
TD Bank N.A.
The Korea Development Bank,
Toronto Dominion Bank

Ultrabursatiles S.A.
Ultravalores
UMB Bank
US Bank
Valores Bancolombia S.A.
Wilmington Trust Company
Woori Bank

## **Significant Equityholders**

Blackrock Inc.
Donald Smith & Co. Inc.
Fondo Bursatil IShares
Fondo de Pensiones Prot Moderad
Renaissance Technologies LLC
Dimensional Fund Advisors LP
Erfost SAS
SEI Investments Co.
RWC Asset Advisors US LLC
Banco BTG Pactual SA
ING Groep NV
Kingsland Holdings Limited
BRW Aviation LLC

## **Top 100 Unsecured Creditors**

Accenture Ltda
Aercap Aviation Solutions
Aero Transporte De Carga Union Sa De Cv
Aerocali SA
Aeropuertos De Oriente SAS
Agencias Universales SA
Airbus Americas Customer Services, Inc
Airbus Group
Allen And Overy LLP
ATR
Avolon
Banco Agricola
Banco Cuscatlan
Banco Davivienda SA
Banco De America Central
Banco De Bogota
Bancolombia S.A.
Barclays
BNP Paribas
Boeing Group
BRW Aviation LLC
Buentipo Anchor Worldwide SAS

Cae Colombia Flight Training SAS
CDB Leasing
Citibank N.A. USA
City Of Los Angeles
Cocina De Vuelos, S.A De C.V
Colombia Telecomunicaciones Sa Esp
Colombiana De Software Y Hardware Colsof SA
Consorcio GSS
Credit Agricole
Decision Consultancy Inc
Direccion De Impuestos Y Aduanas Nacionales De Colombia
DVB Bank SE, London Branch
Engine Lease Finance Corporation
Fgl Aircraft Ireland Limited
Ga Telesis LLC
Gate Group
General Electric Company
Getcom Group
Global Eagle Entertainment Spain Sl
Goddard Group
Goodrich Group
Google Inc
Goshawk Aviation Limited
Hazens Investments LLC
Honeywell International Inc
Ibm Capital De Colombia S.A.S.
Icbc Leasing Co.
Industrias Y Confecciones Inducon SAS
ING
Ingenieria En Manualidades SAS
Inmarsat Global Limited
Jackson Square Aviation
Jolco
JP Morgan
Kayak Software Corporation
KPMG SAS
Lafise Panama
Lasa Sociedad De Apoyo Aeronautico SA
Lifemiles LTD
Lifemiles Trading Co International Ltd
Logistica Group SAS
Lufthansa Group
Lufthansa Systems Gmbh & Co. Kg
Miami Dade County Florida
Microsoft Corporation
Ministerio De Hacienda - Direccion General De Tributacion

Ministerio De Hacienda Y Credito Publico
Natixis
Navblue SAS
Nordlb
Opera Transporte Y Logistica Integral Sas - En Reorganizacion
Orix
Patrimonios Autonomos Fiduciaria - Corficolombiana SA
Patrimonios Autonomos Fiduciaria Bancolombia S.A. Sociedad Fiduciaria
Patrimonios Autonomos Fiduciaria Bancolombia Sa Sociedad Fiduciaria
Patrimonios Autonomos Fiduciaria Bogota
Pratt & Whitney Group
Rafael Espinosa  G Y Cia SAS
Rolls Royce PLC
Ropes And Gray LLP
Safran Group
Sap Colombia Sas
Secretaria De Hacienda Distrital De Bogota
Securitas Group
Servicios Aeroportuarios Integrados Sai Sas
Smbc Aviation Capital
Sociedad Aeroportuaria De La Costa SA
Swissport Group
Swissport USA, Inc.
Synergy Aerospace Corp.
Tcs Solution Center Sucursal Colombia
Total Airport Services Inc
Unidad Administrativa Especial De Aeronautica Civil
Unisys De Colombia SA
Ups Servicios Expresos SAS
Willis Mitsui & Co Engine Support Limited
Wings Capital Partners Management
Worldwide Flight Services Inc.

### Aircraft Lessor/Servicers (Operating Leases)

AerCap Aviation Solutions
AerCap Group Services, Inc.
AerCap Ireland Limited
AerCap B.V.
Aircastle Limited
Aircastle Investment Holdings 2 Limited
Aircastle Advisor LLC
Avolon Aerospace Leasing Limited
BOC Aviation Limited
CIT Aerospace International
CDB Aviation Lease Finance DAC
CDB Leasing Co., Ltd.

Compass Aviation Leasing Co., Limited
DVB Bank SE, London Branch
FPAC Aircraft Leasing I Limited
GE Capital Aviation Services Limited
Celestial Aviation Trading 73 Limited
Celestial Aviation Trading 16 Limited
Goshawk Aviation Limited
Goshawk Management (Ireland) Limited
ICBC Leasing Co.
ICBCIL Aviation Company Limited
Sky High XLVI Leasing Company Limited
Sky High XXXV Leasing Company Limited
Jackson Square Aviation
JSA International U.S. Holdings, LLC
MC Aviation Partners Americas Inc.
MCAP Europe Limited
MC Aircraft Management International Inc.
MC Aviation Partners Inc.
MERX Aviation Finance, LLC
Merx Aviation Servicing Limited
ORIX Aviation Systems Limited
Kornerstone Airlease No.1 Limited
BODY WORK CO., Ltd
Tottori World Cup Co., Ltd
Seraph Aviation Management Limited
Gannet Aircraft 2 Limited
SMBC Aviation Capital Limited
Hanshin Juken Co., Ltd.
Stratos Aircraft Management Limited
JP Lease Products & Services Co., Ltd.
Porco Rosso Leasing
K&L Gates Gaikokuho Joint Enterprise
MSN 4944 Aircraft Owner Parent Trust
UMB Bank, N.A.
Wilmington Trust SP Services (Dublin) Limited
Wings Capital Partners Management, LLC
WINGS Capital Partners Management
Zephyrus Capital Aviation Partners 1C Limited

## **Aircraft Lessors (Financial)**

AIRCOL 5
AIRCOL 10
AIRCOL 11
AIRCOL 12
AIRCOL 13
AIRCOL 15

AIRCOL 17
AIRCOL 19
AIRCOL 20
AIRCOL 21
AIRCOL 22
AIRCOL 23
AIRCOL 24
AIRCOL 25
APF 3 PROJECT NR. GMBH
APF 4 PROJECT NR. 7A GMBH
APF 4 PROJECT BR. 7B GMBH
AVSA Leasing 2
AVSA Leasing 3
AVSA Leasing 4
CONDOR LTD.
FC Care Leasing LTD.
FLIP NO.168 CO., LTD. & FLIP NO.169 CO., LTD.
FT Lift Leasing LTD.
Hanovre Financement 3  S.A.S.
JPA NO. 151 CO., LTD.
JPA NO. 152 CO., LTD.
JPA NO. 159 CO., LTD.
JPA NO. 160 CO., LTD.
LOS KATIOS LEASING CO., LTD.
MALPELO LEASING CO., LTD.
SAN AGUSTIN LEASING CO., LTD.
Turbo Aviation One Designated Activity Company
Turbo Aviation Two Designated Activity Company
Wells Fargo Trust Company
Wilmington Trust Company

## **Aircraft Lenders**

Aegon
Apple Bank for Savings
Bank of America, N.A.
Bank of America, N.A., London Branch
Barclays Bank Plc, as security trustee
Bayerische Landersbank
Bayerische Landersbank Munich Branch
Bayern LB
BNP Paribas, as lender and security trustee
Burnham Sterling & Co. LLC
CDB
Citibank, N.A.
Citibank, N.A., London Branch, as lender and security trustee
Cititrust Colombia S.A. Sociedad Fiduciaria

CMFG Life Insurance Company
Credit Industriel et Commercial
Credit Industriel Et Commercial, New York Branch
Development Bank of Japan Inc.
DekaBank Deutsche Girozentrale
Deutsche Bank
DVB Bank SE, London Branch, as lender and security trustee
DZ Bank AG
Export-Import Bank of the United States
FPAC
FPG (FPG Amentum)
Fuyo
GE Capital Aviation Services
GOAL
HSBC France
ICBC
ING
JPMorgan Chase Bank, N.A., London Branch
J.P. Morgan Europe Limited, as security trustee
The Korea Development Bank
KEB Hana
KGAL
Massachusetts Mutual Life Insurance Company
NATIXIS, as security trustee
New York Life Insurance Company
New York Life Insurance and Annuity Corporation
New York Life Insurance and Annuity Corporation Institutionally Owned Life Insurance
Separate Account (BOLI 30C)
Nord LB
Norddeutsche Landesbank Girozentrale, New York Branch
Novus
NTT Finance
PBB (Deutsche Pfandbriefbank AG)
Siemens Financial Services Inc.
SMBC Aviation Capital Limited
Sumitomo Mitsui Bank Limited
Sumitomo Mitsui Banking Corporation
Sumitomo Mitsui Trust, Bank Limited
Tamwheel Aviation Funding L.P.
TD Bank, N.A.
Turbo Aero International Designated Activity Company
US Bank
Wells Fargo Bank, National Association, as security trustee
Wells Fargo Trust Corporation Limited, as security trustee
Wilmington Savings Fund Society, FSB
Wilmington Trust Company, as security trustee

Woori Bank, Tokyo Branch
YF Life Insurance International Limited

## **Letters of Credit**

AerCap Aviation Solutions
Aircastle Limited
AMCK
Apple Bank
Avolon
BAC Honduras
Banco Agricola
Banco Davienda
Banco De Chile
Banco De Costa Rica
Banco De Credito Del Peru
Banco Edwas
Banco Lafise Bancentro
Banco Mercantil Santa Cruz
Banco Santder
Bank Of America
Bank of Utah
Barclays Bank PLC
BNP Paribas
Brazilian Central Bank
CDB Aviation Lease Finance DAC
Citibank, N.A.
Davivienda Internacional
Deutsche Bank
DVB Bank SE, London Branch
FC Care Leasing LTD.
FT Lift Leasing LTD.
GE Capital Aviation Services
Goshawk Aviation Limited
H.S.B.C.
ICBC Leasing Co.
Itau – Interbanco
Jackson Square Aviation
JP Morgan Chase
MC Aviation Partners Americas Inc.
MERX Aviation Finance, LLC
Natixis
Norddeutsche Landesbank Girozentrale
NY Life
Orix Aviation Systems Limited
Seraph Aviation Management Limited

SMBC Aviation Capital
Stratos Aircraft Management Limited
Sumitomo Mitsui Banking Corporation
US Bank
Wells Fargo Bank
Wilmington Trust
WINGS Capital Partners Management
Wings Aviation Capital
Woori Bank, Tokyo Branch
Zephyrus Capital Aviation Limited

### Professionals

Milbank LLP
Kurtzman Carson Consultants LLC
FTI
Seabury
Smith, Gambrell & Russell, LLP
Gomez Pinzon Abogados S.A.S.
Urdaneta, Velez, Pearl & Abdallah Abogados

### Insurance Providers & Brokers

Aetna Life Insurance
Afianzadora G&T Sociedad Anonima
Afianzadora Solidaria S.A.
AIG-Preferred Aviation Underwriters
Alianza Compania De Seguros Y Reaseguros Ema
Allianz Lebensversicherungs AG
Allianz Seguros De Vida SA
Allianz Seguros S.A.
Aon Risk Services
Aseguradora Paraguaya S.A.E.C.A.
Aseguradora Suiza Salvadorena, S.A.
Asprose S.A. Corredora de Seguros.
Assa Compania De Seguros S.A.
Berkley Internacional Seguros Colombia S.A.
Bmi Del Ecuador Compania De Seguros De Vida S.A.
Bradesco Saude SA
Canada Life Limited
Castro Cuadra y Cia. Ltda Corredor de Seguros.
Chubb Seguros Colombia
Chubb Seguros Colombia S.A.
Chubb Seguros Ecuador S.A.
Colmedica Medicina Prepagada
Compania Aseguradora De Fianzas Confianza SA
Compania De Medicina Prepagada Colsanitas S.A.
Compania De Seguros Vida Camara SA

Compania Mundial De Seguros S.A.
Compania Seguros America SA
Corresponsal Aon - Agencia de Seguros y Fianzas Soto
Corresponsal Aon - ASSA Corredora de Seguros S.R.L.
Corresponsal Aon - Estrategica Corredores y Asesores de Seguros y Riesgos
Corresponsal Aon - Interbroker S.A.
Corresponsal Aon - NGS - N.Goddard Seguros - Corresponsal de Aon
Corresponsal Aon - Unity Promoters
Corresponsal Aon - Unity Setessa
Corresponsal Aon - Unity Setessa Corredor de Seguros
Crediseguro S.A. Seguros Personales
Crum & Forster
Galeno Seguros S.A.
Global Benefits Group
Hdi Seguros
Instituto Nacional De Seguros
Jamlucelli
La Previsora S.A. Compania De Seguros
Liberty Seguros De Vida S.A.
Mapfre Atlas Compania De Seguros S.A.
Mapfre Seguros Ecuador
Mapfre Seguros Generales De Colombia S A
Mapfre Seguros Guatemala Sociedad Anonima
Mapfre Seguros Honduras SA
Marsh Brockman y Schuh Agente de Seguros y de Fianzas, S.A. de C.V.
Marsh Redher S.A.
Marsh S.A. (Argentina)
Marsh S.A. (Colombia) - Delima Marsh S.A
Marsh S.A. (Uruguay)
Marsh USA Inc.
Medair
Medicina Para El Ecuador Mediecuador Humana S.A.
Metlife Mexico SA
Metlife Seguros S.A.
Metropolitan Life Seguros E Previdencia Privada SA
Mutual of Omaha
Nacional De Seguros S.A.
Osde - Filial Metropolitana
Pacifico Compania De Seguros Y Reaseguros
Pan American Life Insurance Company
Pan American Life Insurance Company Sucursal El Salvador
Pan American Life Insurance De Costa Rica Sociedad Anonima
Pan American Life Insurance De Guatemala Compania De Seguros SA
Pan American Life Insurance De Panama SA
Rimac Seguros Y Reaseguros
Sbi Seguros Uruguay

Seguros Confianza
Seguros De Vida Suramericana SA
Seguros Del Estado S.A.
Seguros Generales Suramericana S.A
Seguros Mundial
Smg Compania Argentina De Seguros SA.
Tecniseguros S.A. (Ecuador)
Tecniseguros S.A. (Guatemala)
Tecniseguros S.A. (Honduras)
Tokio Marine Compania De Seguros S.A. De C.V.
Unity Promoters
Willis Towers Watson
Zurich
Zurich Vida Cia De Seguros Y Reaseguros SA
Zurich Vida Compania De Seguros SA

## **Taxation Authorities**

Administracion Federal de Ingresos Publicos Portal Principal (AFIP)
Administracion Gubernamental de Ingresos Publicos (AGIP)
Agencia de Recaudacion de la Provincia de Buenos Aires
Agencia Tributaria
Alcaldia de Managua
Alcaldia Mayor de Bogota D.C.
Alcaldia Municipal de San Marcos
Alcaldia Municipal de San Miguel
Alcaldia Municipal de San Salvador
Barbados Revenue Authority
Departamento de Cundinamarca
Departamento Di Impuesto
Direccion de Impuestos y Aduanas Nacionales
Direccion General de Impuestos Internos
Direccion General de Ingresos
Direccion General de Tesoreria
Direccion General Impositiva (DGI)
District of Columbia
Federal Government
Gobierno de Puerto Rico -Departamento de Hacienda
Gobierno Municipal Autonomo de Carolina
Government of Puerto Rico - Department of the Treasury
HMRC (Her Majestys Revenue and Customs)
Inspectorate of Taxes Curacao
Ministerio de Hacienda, Direccion General de Tributacion (DGT)
Municipalidad Curridabat
Municipalidad de Alajuela
Municipalidad de Belen

Municipalidad de la Ceiba
Municipalidad de Liberia
Municipalidad de Roatan
Municipalidad de San Jose
Municipalidad de San Pedro Sula
Municipalidad de Tegucipagalpa
Municipio de Arauca
Municipio de Juan de Acosta
Municipio de Panama
Oficina Nacional de Administracion Tributaria (ONAT)
Prefeitura Da Cidade Do Rio de Janeiro
Prefeitura Do Municipio de Sao Jose Dos Pinhais
Prefeitura Do Municipio de Sao Paulo
Prefeitura Municipal de Campinas
Prefeitura Municipal de Guarulhos
Secretaria Da Receita Federal Do Brasil
Secretaria de Hacienda de Armenia
Secretaria de Hacienda de Barrancabermeja
Secretaria de Hacienda de Barranquilla
Secretaria de Hacienda de Bello
Secretaria de Hacienda de Bucaramanga
Secretaria de Hacienda de Buenaventura
Secretaria de Hacienda de Buga
Secretaria de Hacienda de Cali
Secretaria de Hacienda de Cartagena
Secretaria de Hacienda de Cartago
Secretaria de Hacienda de Cerete
Secretaria de Hacienda de Chachagui
Secretaria de Hacienda de Chia
Secretaria de Hacienda de Cucuta
Secretaria de Hacienda de Envigado
Secretaria de Hacienda de Florencia
Secretaria de Hacienda de Floridablanca
Secretaria de Hacienda de Giron
Secretaria de Hacienda de Ibague
Secretaria de Hacienda de Ipiales
Secretaria de Hacienda de Itagui
Secretaria de Hacienda de Lebrija
Secretaria de Hacienda de Leticia
Secretaria de Hacienda de Maicao
Secretaria de Hacienda de Manizales
Secretaria de Hacienda de Medellin
Secretaria de Hacienda de Monteria
Secretaria de Hacienda de Neiva
Secretaria de Hacienda de Palmira
Secretaria de Hacienda de Pasto

Secretaria de Hacienda de Pereira
Secretaria de Hacienda de Popayan
Secretaria de Hacienda de Quibdo
Secretaria de Hacienda de Riohacha
Secretaria de Hacienda de Rionegro
Secretaria de Hacienda de Sabaneta
Secretaria de Hacienda de San Andres
Secretaria de Hacienda de Santa Marta
Secretaria de Hacienda de Sincelejo
Secretaria de Hacienda de Sogamoso
Secretaria de Hacienda de Soledad
Secretaria de Hacienda de Tulua
Secretaria de Hacienda de Tumaco
Secretaria de Hacienda de Tunja
Secretaria de Hacienda de Valledupar
Secretaria de Hacienda de Villavicencio
Secretaria de Hacienda de Yopal
Secretaria de Hacienda de Yumbo
Servicio Administrativo de Rentas
Servicio de Impuestos Internos (SII)
Servicio de Impuestos Nacionales (SIN)
Servicio de Rentas Internas (SRI)
Servicio Nacional Integrado de Administracion Aduanera y Tributaria SENIAT
State of California
State of Florida
State of Massachusetts
State of New Jersey
State of New York
State of Virginia
Subsecretaria de Estado de Tributacion (SET)
Superintendencia de Administracion Tributaria
Superintendencia Nacional de Aduanas y de Administracion Tributaria (SUNAT)
Tesoreria de la Federacion (SAT)
Tesoreria Del Distrito Federal (Impuesto Predial)
Tesoreria Del Distrito Federal (Impuesto Sobre Nominas)
Tesoreria Municipal de Antiguo Cuscatlan
Tesoreria Municipal de San Luis Talpa

## **Fuel Suppliers**

Air BP Bolivia
Air Total
Allied
Allied Aviation
Asig
Axion Energy
Chevron

Dallas-Fort
Energizar
Exxon
Iah Fuel Company
Icaro 17
Lawtfc
Lax Fuels
Omv
Organización Terpel S.A.
Petrobras Brasil
Petroecuador
Petroperu
Petroservicios
Pt Servicios De Guatemala
Puma Energy
Q8
Repsol
Sfo Fuel
Skyfuel
Swissport
Uno Aviation
WFS
YPF

## **Derivatives Parties**

Bank of America Merrill Lynch
Citibank
JP Morgan
Macquarie

## **Utilities**

Avantel SAS
Colombia Telecomunicaciones S.A. Esp
Compania de Telecomunicaciones de el Salvador S.A. de C.V.
Compania Dominicana de Telefonos
Corporacion Nacional de Telecomunicaciones
Edemet S.A.
Electrificadora de Satander S.A. Esp
Empresa de Acueducto y Alicantarillado de Bogota
Empresa Electrica Quito
Gas Natural Fenosa
Gas Natural S.A. Esp
Grandes Complejos SRL
Intelfon Guatemala S.A.
Intelfon S.A. de C.V.
N.V. Kpdae Kodela Kodsel
Servicios de Comunicaciones de Honduras S.A.

T Mobile USA Inc.
Telecom Argentina S.A.
Telefonica de Argentina S.A.
Telefonica de Costa Rica S.A.
Telefonica de Espana S.A.
Telefonica del Peru S.A.A.
Telefonica Moviles de Panama S.A.
Telefonica Moviles del Uruguay S.A.
Telefonica USA Inc.
Telemar Norte Leste S/A
UNE EPM Telecomunicaciones S.A.
Vodafone Group Services Limited
Xtratelecom S.L

**Unions**

ACAV
SINTRAVA
SINDITRA
SINTRATAC
ACDAC
ADPA
ODEAA
ACMA
ANTSA
SINTRAEREOS
ASOTRATAMPA
Sindicato Industrial de Trabajadores Estibadores y Operadores de Transportes de Carga y
Similares de la Republica Mexicana
S.N.T.T.A.S.S. Sindicato Nacional de Trabajadores de Transportes, Transformación, Aviacion,
Servicios y Similares
Asociación Sindical 1° de Mayo de Trabajadores y Empleados del Comercio en General,
Agencias Automotrices, Comisioneistas, Agencias y Oficinas Particulares, Similares y
Actividades Conexas de la Ciudad de Mexico.
APA - Asociación del Personal Aeronáutico
Unión Personal Aeronavegación de Entes Privados (UPADEP) (A hoy no tenemos afiliados)
Sindicato Nacional dos Aeroviários - SNA
Sindicato dos Aeroviários no Estado de São Paulo
Sindicato dos Aeroviários de Porto Alegre
Sindicato dos Aeroviários de Grarulhos
Sindicato Nacional das Empresas Aeroviárias - SNEA (Sindicato Patronal no de Trabajadores)
Sindicato de Pilotos de Trans American Airlines
Sindicato de Tripulantes de Cabina, Agentes de Servicio al Pasaje e Instructores de Trans
American Airlines
Sindicato de Despachadores de Vuelo de Trans American Airlnes
Sindicato de Trabajadores de Servicios Aeroportuarios Integrados SAI S.A.S., SINTRASAI

## **Union Representatives**

Maria Cristina Cadavid
Luis Gustavo Jaimes Ortega
Lorenzo De Jesus Duque Mayo
Daniel Gallo
Jaime Hernandez
Juan Manuel Giraldo
Pablo Ortega
Jose Ariamiro Zambrano
Danny Miguel Moreno
Jose Alejandro Torres
Jose Arney Chavez Gutierrez
Lic. Sergio Mendoza León
Marco Antonio Calva Pimentel
Antonio Jose Gasca
Sebastian Jorrin (Delegado AV)
Unión Personal Aeronavegación de Entes Privados (UPADEP)
Luiz da Rocha Cardoso Rodrigues
Reginaldo Alves de Souza
Leonel Leandro Soares Montezana
Rodrigo Maciel Silva
Ronaldo Bento Trad
Erich Mory
Luis Reyes
Dennis Sánchez
José Alexander Constain Saa

## **Significant Vendors and Contract Counterparties**

7801 Leesburg Pike Tysons Corner Owner Llc
A & P International Services Sa De Cv
Accenture Ltda
Accenture Peru Srl
Accion Sa
Acts Aviation Security Inc -Formerly Gate Safe Inc
Adobe Systems Software Ireland Limited
Aerocali Sa
Aeropuertos De Oriente Sas
Aerorental Ltda
Aerosmart Sas
Aetna Life Insurance Company
Agencia De Aduanas Aviatur S A Nivel 1
Agn Aviation Services Sa De Cv
Ago Security De Costa Rica Sociedad Anonima
Ags Aviation Ground  Services N V
Air Support Sa De Cv
Airbus Americas Customer Services, Inc

Airbus Group
Airline Container Leasing Llc
Airport Terminal Management Inc
Airway Cleaners Llc
All Plast S A S
Allen And Overy Llp
Alliance Ground International Llc
Arinc Sistemas Aeroportuarios De Colombia Sas
Aruba Airport Authority Nv
ATR
Atton Las Condes Spa
Atton Vitacura Spa
Bacer S.A De C.V
Boeing Group
Bridgestone Aircraft Tire Usa Inc
Brm Sa
Buentipo Anchor Worldwide Sas
Cae Colombia Flight Training Sas
Carey International Inc
Casa Grande Apart Hotel Srl
Casa Proveedora Phillips S.A. (Costa Rica)
Chilexpress Sa
Ci Distrihogar Sas
Ci Quintero Leather Sas
City Of Los Angeles
Cocina De Vuelos, S.A De C.V
Colombian Mountain Coffee Ci Sas
Colombiana De Software Y Hardware Colsof Sa
Colombiana De Software Y Hardware Colsof Sa Sucursal El Salvador
Compass Group Services Colombia Sa
Consorcio Gss
Coordinadora De Transportes P Y P Sas
Core Advanced Group Sas
Ddb Argentina Sa
Ddb Worldwide Colombia Sas
Decision Consultancy Inc
Distribucion Y Transporte Sa
Doblevia Transporte Sa
Dotakondor Sas
Dumbo Hotel Llc
Ecs Latam Sas
Edgar Devia Garcia
Egon Zehnder Sas
Emsaairport Services Cem
Engine Lease Finance Corporation
Enterprise Services Colombia Sas

Ernst & Young Sas
Facebook Ireland Limited
Fastlinecar S.A.
Federal Aviation Administration
Flying Food Group Llc
Flying Food Group, Llc - Lax
G4S Facility Management Cia Ltda
Ga Telesis Llc
Gate Gourmet Gmbh Deutschland
Gate Group
General Electric Company
Getcom Group
Girag Panama Sa
Global Eagle Entertainment Spain Sl
Global Lounge Av Mia Llc
Goddard Catering Group Guatemala S.A
Goddard Group
Godoy Cordoba Abogados Sas
Goodrich Group
Google Inc
Ground Services International Inc
Grupo Global Legions Sa De Cv
Hansair Logistics  Inc
Hazens Investments Llc
Helios Technology & Innovation Sas
Hewlett Packard Colombia Ltda
Honeywell International Inc
Hospitality Doral Llc
Hotel Historico Ig Sa De Cv
Hoteles Sheraton De Argentina S A C
Ibm De Colombia & Cia Sca
Idlewild Realty Llc
Imc Group
Industria Ambiental Sas
Industria Nacional De Gaseosas S A
Industrias Y Confecciones Inducon Sas
Ingenieria En Manualidades Sas
Inversiones Aereas Inversa Sas
Ipsos Napoleon Franco & Cia S A S
Jamaica Civil Aviation Authority
Jeppesen Systems Ab
JLT Specialty Limited
Kayak Software Corporation
Kpmg Sas
Lasa Sociedad De Apoyo Aeronautico Sa
Leaseworks, Inc

Logisciels Dti Inc
Logistica Group Sas
Longport Chile Sa
Los Angeles World Airports
Lufthansa Group
Mantenimiento Y Servicios Scl Limitada
Mas4 Consultoria Sas
Maximus Global Services Llc
Metropolitan Washington Airports
Mia Bl Hotel Partners Llc
Miami Airport Lessee Llc
Michelin North America Inc
Microsoft Corporation
Morgan Y Morgan
Mudamos Express Ltda
Navblue Sas
Nexsys De Centroamerica Sa De Cv
Nexsys De Colombia Sa
Norton Rose Fullbright
Ofixpres S A S
Omd Colombia S A S
One Handling System Servicos Auxiliares Ltda
Operadora Hotel Centro Historico S De Rl De Cv
Oracle Colombia Ltda
Oracle De Centroamerica S.A.
Pacustoms Cia. Ltda.
Panasonic Group
Patrimonios Autonomos Fiduciaria Bancolombia S.A. Sociedad Fiduciaria
Patrimonios Autonomos Fiduciaria Bancolombia Sa Sociedad Fiduciaria
Payu Colombia Sas
Pemica Inc
Pourshins, Inc. - Suppliar
Pratt & Whitney Group
Price Water House Coopers Asesores Gerenciales Ltda
Prointec Colombia
Pros Revenue Management Inc
Pros Revenue Management Lp
Qualtrics Llc
Rafael Espinosa  G Y Cia Sas
Ral Splitter Lp - Dba Aero Miami Ii Llc
Ramirez Arana Y Compania Ltda
Representaciones Del Mundo Sas Repremundo
Ricoh Colombia Sa
Rockwell Collins Inc & Subsidiaries
Rohr Inc
Rolls Royce Plc

Ropes And Gray Llp
Safran Group
Sap Colombia Sas
Sb Hotels Spain Sl
Securitas Group
Servicios Aeroportuarios Integrados Sai Sas
Servipallet Sa
Siato
Sinagri, S.A De C.V.
Sistemas Eficientes Sa
Sistemas Eficientes, S.A.
Sociedad Aeroportuaria De La Costa Sa
Sociedad Operadora De Aeropuertos Centro Norte Sas
Sodexo Costa Rica Sociedad Anonima
Sodexo Pass Peru Sac
Sodexo S A S
Steigenberger Hotel Ag
Swissport Group
Swissport Usa, Inc.
Talma Group
Tcs Solution Center Sucursal Colombia
Tecnologias Unidas S.A De C.V
The Port Authority Of Ny & Nj
The Winterbotham Trust Company Limited
Ti724 Sas
Tom Bradley International Terminal Equipment Company-Tbitec
Total Airport Services Inc
Total Airport Services Llc
Transportes Especiales A&S Sas
Transportes Especiales Edquios Sas
Trivento Bodegas Y Vinedos Sa
Unidad Administrativa Especial De Aeronautica Civil
Union Temporal Coopava -Xps Cargo Sas - Transporte
Unisys De Colombia Sa
Unisys Del Peru
Ups Servicios Expresos Sas
Upsky San Francisco Airport Hotel  Llc
Us Security Associates Inc
Vedder Price P.C.
Vedder Price Pte Ltd
Viña Undurraga S A
White & Case Llp
Wm Wireless & Mobile Sas
Worldwide Flight Services
Worldwide Flight Services Inc

**Potential Lien Claimants**

A Y P International Services Sapi De Cv
Aar Aircraft Component Services
Aar Landing Gear Llc
Aba Air Group Llc
Absa Aerolineas Brasilenas Sa
Agencia De Aduana Jkm
Agencia De Aduana Zeta
Agencia De Aduanas Aviatur Sa Nivel 1
Agencia De Aduanas Siaco Sas Nivel 1
Agencia Warren, S. De R.L. De C.V.
Air Cost Control Usa Llc
Airbus Americas Customer Services, Inc
Airbus Helicopters Inc
Aj Levin Company Inc
Aj Walter Aviation
Ajw Technique Inc
Alaris Aerospace Systems Llc
All Security Sis Ltda
Alonso Miranda
Alpha And Omega Calibration Services Llc
Alpha Brokers Corp
Ametek D.B.A. Drake Air
Amsafe Inc
Ancra International Llc
Araujo Ibarra Consultores Internacionales Sas
Ariesa
Arquitectura + Ingenieria Sas
Arquitectura Y Senalizacion
Atr Americas Inc
Aviation Chemical Solutions Inc
Aviation Instruments Repair
Aviation Instruments Repair Specialists
Aviation Metals Inc
Aviotrade Inc
Barfield Inc
Be Aerospace Inc
Be Aerospace Inc Netherlands
Boeing Distribution Inc
Boeing Distribution Services Inc
Bollore Logistics Colombia Sas
Bollore Logistics Usa Inc
Bombardier Services Corporation
Bridgestone Aircraft Tire Usa Inc
Buen Tipo
Cariports Sa
Certified Aviation Services Llc

Coningenio
Coningenio- Mobiliario
Coningenio- Obra Civil
Consorcio Gss
Dibreli
Diehl Aerospace Inc
Display Sistem
Eastern Aeromarine
Espacion Urbanos
Etihad Aviation Group
Exxonmobil Oil Corp
F&E Aircraft Maintenance Dallas Llc
Fedex Express
Fedex Freight
G4S
Ga Telesis Llc
General Electric Company
Geven Spa
Girag Panama S A
Global Technik Dba Flugel
Goodrich Actuation Systems Sas
Goodrich Aerospace Wheels And Brakes
Goodrich Control Systems
Goodrich Corporation
Goodrich Corporation Repair Station
Goodrich Interiors Cargo Systems
Goodrich Interiors Evacuation System
Goodrich Interiors Specialty Seating
Goodrich Light Systems Gmbh
Goodrich Messier Inc
Goodyear International Corporation
Grupo Arquitectos
Gya
Hamilton Sundstrands Corporation
Hansair Logistics  Inc
Heico Component Repair Group
Hmv
Honeywell International Inc
Iae International Aero Engines Ag Iae
Illuminair Support, Corp.
Ils Cargo
Ingemec
Insercor
Integrated Supplier Alliance, Llc (Isa)
Intertrade A Rockwell Collins Company
Jet Aircraft Maintenance Inc

Jet International
Jet International Company L.L.C.
Kellstrom Commercial Aerospace Inc
Kirkhill Aircraft Parts Co (Proponent)
Lasa Sociedad De Apoyo Aeronautico Sa
Liebherr Aerospace Saline Inc
Lufthansa Technik Ag
Mankiewicz Coatings Llc
Mantenimiento Y Servicios Scl Spa
Mantilco S.A.
Mantomain Cia Ltda
Marlen Teresa Adad Strainz
Meggitt Safety Systems
Miami Aerospace
Michelin North America Inc
Mingo Aerospace Llc
Montajes Savart
Msac, S.A
Mvp International Freigh System Inc
Mvp Transportation Logistics Inc
Omnigas Systems Inc.
Pacustoms
Panasonic Avionics Corporation
Parker Hannifin Corporation
Peerless Aerospace Fastener Corp
Pi Proyectos Integrales
Pratt & Whitney Canada Corp
Pratt & Whitney Components Solution
Prcdesoto International Inc
Premier Customs
Preveo
Professional
Prointec Colombia
Proyectos Integrales
Recaro Aircraft Seating Americas Inc
Roberto Adrian Milani
Rockwell Collins Inc & Subsidiaries
Rohr Aero Services, Llc
Rohr Inc
Rolls Royce Plc
Rtm
Safran Aerosystems Services Americas Llc
Safran Aircraft Engine
Safran Cabin Catering Inc
Safran Cabin Inc
Safran Electronics And Defense Avionics Usa Llc

Safran Landing Systems
Safran Landing Systems Mro
Safran Landing Systems Services Americas
Safran Landing Systems- W&B
Safran Landing Systems-Landing Gear
Safran Nacelles
Safran Seat France
Safran Seat Us
Satair Usa Inc
Seal Dynamics  Llc
Sky Mart Sales Corporation
Spantech
Sterling Courrier
Sts Component Solutions Llc
Summit Aerospace Inc
Swissport Usa Inc.
Tek Peru
Telair International Gmbh
Thales Avionics Inc
The Boeing Company
Topcast Aviation Usa, Inc.
Tyco
Unical Aviation Inc.
United Aerospace Corporation
Vortex Aviation Maintenance Inc
Wencor Llc
Wesco Aircraft Hardware Corporation
Western Overseas Corp
Wright International Ams Inc.

## Credit Card Processors

Administradora de Tarjetas de Credito y Banco Pichincha C.A.
American Express Payment Services Limited
American Express Travel Related Services Company, Inc.
Aruba's Bank
ATCAN
Austro
BAC International Bank
Bancard
Banco Colpatria Multibanca Colpatria S.A.
Banco Davivienda S.A.
Banco de Bogota NY
Banco de Bogota S.A.
Banco de Occidente
Banco del Austro S.A.
Banco Maduro
Banco Santander S.A.

Bancolombia
Caixabank S.A.
Cardnet
Cielo
Citibank, N.A
Clave Panama
Colpatria
Comercia Global Payments EP, SL
Compañia de Procesamiento de Pago de Guatemala
Compañia de Servicios Conexos Expressnet S.A.C
Consorcio de Tarjetas Dominicanas S.A.
Credomatic
Davivenda
Diners Club del Ecuador S.A.
El Banco Internacional del Peru
Elavon/Ingenico
Fiduciaria Bogotá S.A.
FINCIMEX Financiera Cimex S.A.
First Data
Guayaquil
Interdin/DC
La Caixa
Linkser
OCA
Optar
Pacificard
Pichincha
Prismamp
Produbanco
Procesos MC
Redecard
Santander
Sociedad Financiera, Interdim S.A.
Tarjetas Banamex S.A. de CV
Trans American Airlines
Transbank S.A.
USA VFlow Limited
USAVFLOW (Cayman Islands)
Visanet

### **Export Credit Agencies**

AuslandsGeschäftsAbsicherung der Bundesrepublik Deutschland
Euler Hermes Aktiengesellschaft
Brazilian Development Bank (BNDES)
Seguradora Brasileira de Crédito à Exportação S.A. (SBCE)
Bpifrance Assurance Export
The State of the French Republic

Compagnie Francaise d'Assurance pour le Commerce Exterieur
Servizi Assicurativi del Commercio Estero S.p.A. (SACE S.p.A.)
The Secretary of State of Her Britannic Majesty's Government acting by the Export Credits
Guarantee Department (operating as UK Export Finance)


**New Parties (based on NOAs):**

TATA CONSULTANCY SERVICES LIMITED
ADVENT INTERNATIONAL COLUMBIA S.A.S.
AI LOYALTY (CAYMAN) LIMITED
CITADEL ADVISORS, LLC
STS AVIATION GROUP, INC.
APF 1 PROJEKT NR. 11 GMBH
APF 3 PROJEKT NR. 2 GMBH
JEFFERSON /HARRIS COUNTY
ORACLE AMERICA, INC.
DELAWARE TRUST COMPANY
LIBERTY SEGUROS SA
UNITED AIRLINES, INC.
AMADEUS IT GROUP, S.A.
UNISYS DE CENTRO AMERICA L.L.C
KELLY TRACTOR COMPANY
MENZIES AVIATION (UK) LIMITED
MUFG BANK LTD.
DASI LLC
REPUBLIC OF COLOMBIA
AIRLINES REPORTING CORPORATION
SODEXO OPERATIONS, LLC
SODEXO, INC.
SECURITAS S.A.C.
SECURITAS ECUADOR CIA LTDA
SECURITAS COLOMBIA S.A.
GLOBAL SECURITY CONSULTING GROUP, INC.
SECURITAS AIRLINE SERVICES GMBH & CO KG
SECURITAS S.A.
KINGSLAND INTERNATIONAL GROUP, S.A.
UNITED STATES FIRE INSURANCE COMPANY
MICROSOFT ONLINE, INC.
MICROSOFT LICENSING, GP
BAC SALVADOR
CREDOMATIC OF FLORIDA, INC.
TAMWEEL AVIATION FUNDING L.P.
MC ENGINE LEASING LTD
BANK UNITED N.A.
CAE INC.

AMERIJET INTERNATIONAL, INC.

**Professionals (based on NOAs):**

ARNOLD & PORTER KAYE SCHOLER LLP
AUDREY STRAUSS, Acting United States Attorney
BALLARD SPAHR LLP
BARNES & THORNBURG LLP
BOND, SCHOENECK & KING, PLLC
BROWN & CONNERY, LLP
BRYAN CAVE LEIGHTON PAISNER LLP
BUCHALTER, A PROFESSIONAL CORPORATION
CADWALADER, WICKERSHAM & TAFT LLP
CARLTON FIELDS, P.A.
CHIESA SHAHINIAN & GIANTOMASI PC
CLIFFORD CHANCE LLP
COZEN O'CONNER
CULLEN AND DYKMAN LLP
DAVID R. SOFTNESS P.A.
DAVIS POLK LLP
DEBEVOISE & PLIMPTON LLP
DECHERT LLP
DORSEY & WHITNEY LLP
EVERCORE INC.
EVERSHEDS SUTHERLAND (US) LLP
FOLEY & LARDNER LLP
FOX ROTHSCHILD LLP
HAHN & HESSEN LLP
HINCKLEY, ALLEN & SNYDER LLP
HOLLAND & KNIGHT LLP
JEFFERIES GROUP LLC
KASOWITZ BENSON TORRES LLP
KELLEY DRYE & WARREN LLP
LATHAM & WATKINS LLP
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
LOCKE LORD LLP
MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
MAYER BROWN LLP
MCELROY, DEUTSCH, MULVANEY &CARPENTER, LLP
MORRISON & FOERSTER LLP
NORTON ROSE FULBRIGHT US LLP
PAUL HASTINGS LLP
PERELLA WEINBERG PARTNERS L.P.
PERKINS COIE LLP
PILLSBURY WINTHROP SHAW PITTMAN LLP
PORT AUTHORITY LAW DEPARTMENT

PRYOR CASHMAN LLP
REED SMITH LLP
SHAWN M. CHRISTIANSON, ESQ.
SIDLEY AUSTIN LLP
SIMPSON THACHER & BARTLETT LLP
SIRLIN LESSER & BENSON, P.C.
SQUIRE PATTON BOGGS (US) LLP
STEVENS & LEE, P.C.
TRAURIG LAW LLC
VEDDER PRICE P.C.
WARNER NORCROSS + JUDD LLP
WEIL, GOTSHAL & MANGES LLP
WHITE & CASE LLP
WHITE AND WILLIAMS LLP
STEPHEN CHA-KIM, Assistant United States Attorney


============================================

**New Parties (based on NOAs):**

Aldo Melini Gonzales
Alexandre Robert Ridoutt
Anthony Alcalde Rodriguez
Arturo Landaure Santamaria
Benjamin Sanchez Del Solar
Bruno Cesar Repetto Escobedo
Carlos Alberto Castro Quiros
Carlos Benavides Sifuentes
Carlos Rodrigo Arce Brandariz
Christian Lembcke Alvarez Calderon
Daniel Cogorno Peral
DFASS Group and its Affiliates (T/A 3 Sixty Duty Free & More)
Diego Alonso Montoya Espinoza
Elliott Investment Management L.P.
Enrique Vilela Guillen
Erich Mory Dobbertin
Ernesto Fankhauser Pockaj
Erwin Pinedo Sanchez
Erwin Schipper Spoya
Fideicomiso Coomeva Inversiones
Francisco Diaz Cafferata
George Ioan Barandiaran Stefanescu
Gerardo Guillermo Castillo Vargas
Gino Ezio Giacchetti Russo
Gonzalo Beunza Peschiera
Hugo Alfredo Moscoso Pezo

Humberto Rivero Bahamonde
Ivan Torres Sanchez
Ivan Vasquez Lam
Jaime Antonio Moy Petersen.
Jaime Cabrera Calenzani
Javier Palma Alvarez Calderon
Javier Villagarcia Tam
Jimmy Tamashiro Sueyoshi
Jorge Balarezo Abarca
Jose Carlos Pinillos Kelez
Jose Carlos San Martin Hoyos
Jose Carloz Pinedo Centurion
Jose Wong Fernandez
Juan Carlos Angosto Diaz
Juan Carlos Tizon
Juan Diego Restrepo Robles
Kevin German Segura Burga
Luis Larrea Castellano
Luis Levano Gutierrez
Mario Pablo Pareja Vargas
Mateo Melgar Velaochaga
Michelle Fankhauser Luna
New York State Department of Taxation and Finance
Pedro Saenz Rabanal
Ricardo Ore Moquillaza
Roberto Felipe Vecco Arze
Rodrigo Palma Alvarez Calderon
Roy Brand Moran
Sebastian Huaco Pereira
Sergio Fernando Carnero Rodriguez
Sergio Roberto Beltran Fontaine
Stefano Alvarez Morales
Victor Andre Yavar Chillitupa
Victor Gamarra Goicochea
Willy Carrascal Miranda

## Professionals (based on NOAs):

Geoffrey T. Raicht, PC
Law Office of Julio E. Portilla, P.C
Office of the New York State Attorney General

## DIP Parties

140 Summer Partners LP
Aguaverde Family Office SA

Alpesa Intnl.
AndBank
Arbour Lane Capital Management LP
Baffin Advisors
Banistmo
BG Valores
Brigade Capital Management LP
Bybrook Capital Master Fund LP
CarVal Investors LP
Cavali
Cerberus Capital Management LP
Compass Group
Contrarian
Copernico
Corvid Peak Capital Management LLC
Credo Group
Deva Capital Management Company, SLU (Santander)
DSC Meridian Capital LP
Edificio Credicorp Bank
FINEC
First Geneva
General Merchandise Corporation
GIA Partners
Herbert Smith Freehills
Hudson Transport Real Asset Master Fund LP (Hudson Structured)
Inmobiliaria Estrella Del Sur
Insight Securities Inc
Inversiones Odisea
Invertis Securities
Invesco (Oppenheimer Funds Inc)
IPG
Jennifer Preston
JTS Investments SA
Key Family Partners
Kimex
Kingsland International
LarrainVial
Leonteq
LW Invest. Mgmt.
Mackenzie Financial Corporation
Mainfirst
Marathon Asia Master Fund Ltd
Megeve
MIRABAUD Asset Management
Moneda
Moneda L

MPC Holding
Odisea
Pershing
Pershing (Epic Capital Securities)
Pictet
Pima Holdings
Prival Securities
Private Trust Corp
Safra Bank
Segetia Wealth Mgmt.
Semir Belage
Shrem Trust
Susana Kajamovitz (own account)
Timothy Rogers
Tranche B Lenders:
UBS
UBS (Patrick Kiblisky)
United
Vontobel
VR Capital
VR Global Partners LP
Wealth Capital Partners
Wells Fargo
WGS Family Ltd

**New Parties (based on Notices of Appearance):**
Amerijet International, Inc.
CAE Inc.

**Professionals (based on Notices of Appearance):**
Cozen O'Conner
Locke Lord LLP

## Schedule 2

**Supplemental Schedule of Searched Parties and/or certain related parties that FTI is currently working with, or has in the past worked with, in matters unrelated to these Chapter 11 Cases**

### Engagements relating to the Debtors or Affiliates

None

### Current Clients, Parents and Affiliates of Clients and Relationships Not Relating to the Debtors or Affiliates

Cozen O'Connor
Locke Lord LLP

### Former Clients, Parents and Affiliates of Clients and Relationships Not Relating to the Debtors or Affiliates

None