**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
AVIANCA HOLDINGS S.A., *et al.*,[1]                         :   Case No. 20-11133 (MG)
                                                            :
                              Debtors.                      :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

### ORDER GRANTING THE DEBTORS' FOURTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (SUPERSEDED AND DUPLICATE CLAIMS)

Upon the *Debtors' Fourth Omnibus Objection to Proofs of Claim (Superseded and Duplicate Claims)* (the "Fourth Omnibus Claims Objection"),[2] whereby the Debtors have requested, in accordance with sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 (I) Establishing Claims Objection and Notice Procedures and (II) Granting Related Relief* [Docket No. 1179], entry of an order disallowing and expunging the claims identified on the Schedules hereto; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to consider the Fourth Omnibus Claims

---

[1] The Debtors in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59-2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaragüense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aéreo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A. (N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A); AV Loyalty Bermuda Ltd. (N/A); Aviacorp Enterprises S.A. (N/A). The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

[2] Capitalized terms not otherwise defined herein are shall be given the meanings ascribed to them in the Fourth Omnibus Claims Objection.

Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fourth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Fourth Omnibus Claims Objection having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Fourth Omnibus Claims Objection is granted as set forth herein.

2. Each Superseded Claim identified in **Schedule 1** attached hereto and each Duplicate Claim identified in **Schedule 2** attached hereto is disallowed in its entirety for all purposes in these bankruptcy cases and shall be automatically expunged from the claims register maintained in these cases.

3. The Debtors and their claims agent are authorized to take all actions necessary to effectuate the relief granted in this Order, including updating the claims register to reflect to relief granted herein.

4. Any response to the Fourth Omnibus Claims Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

5. Except as provided in this Order, nothing in this Order shall be deemed (a) an admission or finding as to the validity of any claim against a Debtor, (b) a waiver of the right of the Debtors to dispute any claim against any Debtor on any grounds whatsoever, at a later date, (c) a promise by or requirement on any Debtor to pay any claim, or (d) a waiver of the rights of the Debtors under the Bankruptcy Code or any other applicable law.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

**IT IS SO ORDERED.**

Dated: July 15, 2021
      New York, New York

                                                  **_/s/ Martin Glenn_**
                                                  MARTIN GLENN
                                      United States Bankruptcy Judge

**Schedule 1 to Order**

**<u>Superseded Claims</u>**

| SUPERSEDED CLAIMS[1] | | | | |
|---|---|---|---|---|
| Claimant's Name | Proof(s) of claim to be disallowed | Asserted Amount of Claim | Surviving proof of claim | Name of Debtor against which surviving proof of claim is asserted |
| Airbus SAS | 1138 | $1,692,713.33[2] | 3805 | Avianca, Inc. |
| Airbus SAS | 1152 | $1,662,727.00[2] | 3804 | Avianca Holdings S.A. |
| Centro Farmaceutico de la Fuerza Armada | 1158 | Unliquidated[2] | 3725 | Aerovias del Continente Americano S.A. Avianca |
| Centro Farmaceutico de la Fuerza Armada | 1159 | $1,714,189.67 | 3722, 3726 | Avianca Holdings S.A. |
| CIT Aerospace International, as Lessor for MSN 3467 | 2344 | $13,177,404.97[2] | 3795 | Avianca Holdings S.A. |
| CIT Aerospace International, as Lessor for MSN 3467 | 2345 | $13,177,404.97[2] | 3796 | Aerovias del Continente Americano S.A. Avianca |
| CIT Aerospace International, as Lessor for MSN 3467 | 2538 | $13,177,404.97[2] | 3794 | Avianca-Ecuador S.A |
| CIT Aerospace International, as Lessor for MSN 3518 | 2542 | $4,094,820.37[2] | 3792 | Avianca Holdings S.A. |
| CIT Aerospace International, as Lessor for MSN 3518 | 2549 | $4,094,820.37[2] | 3793 | Aerovias del Continente Americano S.A. Avianca |
| CIT Aerospace International, as Lessor for MSN 3518 | 2558 | $4,094,820.37[2] | 3797 | Avianca-Ecuador S.A |

---

[1] See Fourth Omnibus Claims Objection at ¶ 12.

[2] Indicates claim contains unliquidated and/or undetermined amounts.

| | | SUPERSEDED CLAIMS[1] | | |
|---|---|---|---|---|
| **Claimant's Name** | **Proof(s) of claim to be disallowed** | **Asserted Amount of Claim** | **Surviving proof of claim** | **Name of Debtor against which surviving proof of claim is asserted** |
| Citibank N.A., London Branch, as Security Trustee | 3100 | $21,893,255.93[2] | 3128 | Grupo Taca Holdings Limited |
| Diplomat Wyndham Bogota | 149 | $66,764.99[3] | 150, 151 | Aerovias del Continente Americano S.A. Avianca |
| Diplomat Wyndham Bogota | 154 | $10,829.00[3] | 155 | Tampa Cargo S.A.S. |
| Donnelley Financial, LLC | 3821 | $762.50 | 3822 | Avianca Holdings S.A. |
| Export-Import Bank of the United States | 2560 | $26,573,336.00[2] | 3819 | Aerovias del Continente Americano S.A. Avianca |
| State of Florida - Department of Revenue | 273 | $120.00 | 494 | Tampa Cargo S.A.S. |
| State of Florida - Department of Revenue | 494 | $224.78 | 3743 | Tampa Cargo S.A.S. |
| STS ENGINEERING SOLUTIONS LLC | 768 | $11,243.50 | 851, 854 | Avianca Holdings S.A. |

---

[1] See Fourth Omnibus Claims Objection at ¶ 12.

[2] Indicates claim contains unliquidated and/or undetermined amounts.

[3] Indicates the claim was converted to USD using the exchange rate as of market open on May 11, 2020. Claim may contain unliquidated and/or undetermined amounts.

**Schedule 2 to Order**

**Duplicate Claims**

| **DUPLICATE CLAIMS**[1] | | | | |
|---|---|---|---|---|
| **Claimant's Name** | **Proof(s) of claim to be disallowed** | **Asserted Amount of Claim** | **Surviving proof of claim** | **Name of Debtor against which surviving proof of claim is asserted** |
| Centro Farmaceutico de la Fuerza Armada | 3722 | $1,714,189.67 | 3726 | Avianca Holdings S.A. |
| Sodexo S.A.S. | 3760 | $1,174.73 | 3763 | Regional Express Americas S.A.S. |
| Spherea Test and Services | 1220 | $80,685.00 | 2248 | Avianca Holdings S.A. |
| Topcast Aviation USA Inc | 279 | $51,966.00 | 283 | Avianca, Inc. |

---

[1] See Fourth Omnibus Claims Objection at ¶ 13.